UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

08-9309

UNITED STATES OF AMERICA )   Magistrate's Docket No.
                                 ) 1) Misdemeanor Class A   Case No.
    v.                 ) 2) Misdemeanor Class B
                                   ) 3) Misdemeanor Class B   COMPLAINT  P0458312
DANIEL A. TORRES         )                                                  P0458313
                                   )                                                  P0458314
                                                      Offense on a Federal
                                                            Reservation

    Before the Honorable Anthony R. Mautone, a United States Magistrate Judge for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal Reservation under the provisions of 18 U.S.C. 3401, personally appeared this day LAKSHMI SRINIVASAN HERMAN, Assistant U. S. Attorney, United States Attorney's Office, Newark, New Jersey, who, under oath charges:

    On or about the 2nd day of August 2008, at Gateway Recreation Area (Sandy Hook), Highlands, New Jersey, in the Judicial District of New Jersey, DANIEL A. TORRES, did, at approximately 1400 hours,
          (Name of Accused)

1) at Lot "D", knowingly or intentionally possess a controlled substance, to wit: marijuana

2) Did knowingly or intentionally use alcohol in a closed area.

3) at Lot "D", in his possession with intent to use, drug paraphernalia to wit: admitted to possession in a written statement that the 2 grams of suspected marijuana found in his girlfriends brown change purse, along with a bowl type pipe with marijuana inside, and a pack of Spirit Rolling Papers.

in violation of 1) U.S.C. Title 21 Section 844(a)  2) 36 CFR 2.3593(i) and 3) Title 18 Section 13 and NJSA 2C:36-2.

Further this complaint is based on the attached Statement of Probable Cause.

The name of the complainant is:

                                           L. V
                                         LAKSHMI SRINIVASAN HERMAN
                                         Assistant U.S. Attorney

Affirmed before me, and subscribed in my presence, at Newark, New Jersey.

9/24/08
DATE
                                   HONORABLE ANTHONY R. MAUTONE
                                   U.S. MAGISTRATE JUDGE

9/24/08 NK 1/14/09