

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
OFFICE OF THE CLERK
M. L. KING JR. FEDERAL BLDG. & U.S. COURTHOUSE
50 WALNUT STREET, P.O. BOX 419
NEWARK, NJ 07101-0419
(973) 645-3730

CAMDEN OFFICE
ONE JOHN F. GERRY PLAZA
FOURTH & COOPER STREETS
CAMDEN, NJ 08101

TRENTON OFFICE
402 EAST STATE STREET
ROOM 2020
TRENTON, NJ 08608

William T. Walsh
Clerk

REPLY TO: _NEWARK

DATE:     April 24, 2009

James M. Hanley Federal Bldg,
7th Floor
100 South Clinton Street
Syracuse, NY 13261-7367



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
APR 29 2009
AT_____O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

**Re: U.S.A. -v- Daniel Torres**
**Our Docket No. 08-mj-9309**
**Your Docket No. 09-mj-133**

Dear Clerk:

A Transfer of Jurisdiction Order (Prob 22 form) has been filed with this District in the above-captioned case. This District considers the electronic record to be the original pursuant to Federal Rules of Criminal Procedure 49(d), Local Civil Rule 5.2 and paragraph 7 of the Court's Electronic Case Filing Policies and Procedures. The original records of this Court can be obtained by accessing CM/ECF through PACER. Certified copies of any document not available through PACER are enclosed. Kindly acknowledge receipt on the duplicate of this letter, which is provided for your convenience.

Sincerely,

WILLIAM T. WALSH, Clerk

By: _____
Nativelis Rodriguez, Deputy Clerk

RECEIPT ACKNOWLEDGED BY: _____
DATE: 4/29/09        .

DNJ-Crim-003(Rev. 09/06)